[No. 9879–9–I.   Division One.   May 5, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE
ROOSEVELT HARTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03718–4, Liem E. Tuai, J., entered January 20, 1981. *Affirmed* by unpublished per curiam opinion.

[No. 9064–0–I.   Division One.   May 5, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
LEE DICKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00143–1, H. Joseph Coleman, J., entered
June 23, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Corbett, JJ.

[No. 9020–8–I.   Division One.   May 5, 1982.]

FLOYD DARWIN BURDICK, JR., *as Personal Representative,
Appellant,* v. THE STATE OF WASHINGTON,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 861843, George H. Revelle, J., entered June 17,
1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Ringold, JJ.

[No. 8880–7–I.   Division One.   May 5, 1982.]

JEAN–PIERRE WIRZ, ET AL, *Appellants,* v. RAAEN
CONSTRUCTION CO., INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 849125, Francis E. Holman, J., entered May 2,
1980. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen, C.J., and Durham, J.